UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WILMA KING,**
**ERICA SOAN,** and
**NORMITA LANSANGAN,**

       Plaintiffs,

v.

**VS CARE, INC,** d/b/a **AMBROSIA VILLA,**
**AV ROCHESTER HILLS, INC, DBA**
**AMBROSIA VILLA ROCHESTER HILLS,**
**A.V. BLOOMFIELD, INC,** d/b/a
**AMBROSIA VILLA BLOOMFIELD TWSP.,**
and **VICTORIA SVET,**

       Defendants.

Case No. 20-cv-11058

Hon. Sean F. Cox

| | |
|---|---|
| **GOLD STAR LAW, P.C.**<br>**Caitlin E. Malhiot (P76606)**<br>**Maia Johnson Braun (P40533)**<br>Attorneys for Plaintiffs<br>2701 Troy Center Dr., Ste. 400<br>Troy, Michigan 48084<br>(248) 275-5200<br>*cmalhiot@goldstarlaw.com*<br>*mjohnson@goldstarlaw.com* | **HERTZ SCHRAM PC**<br>**Daniel W. Rucker (P67832)**<br>Attorneys for Defendants<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>*drucker@hertzschram.com* |

**CONSENT JUDGMENT IN SETTLEMENT OF FLSA AND WOWA CLAIMS**

    This matter having come before the court upon the stipulated petition of the parties and the court being advised that the parties have reached a settlement in this matter;

Plaintiffs and Defendants having engaged in a *bona fide* dispute regarding the full payment of all overtime by Defendants for all overtime worked by Plaintiffs, Plaintiffs' status as employees of any or all Defendants, the applicability of the statutes to Defendants, and the compensation by room and board received by Plaintiffs, among other things;

Plaintiffs and Defendants having made the settlement agreement available to the Court for *in camera* inspection and having concurred in the fairness and reasonableness of the settlement;

Plaintiffs and Defendants having concurred that the settlement eliminates substantial discovery costs, motion practice costs, and trial costs that would be borne by both parties with the risk of an unfavorable result for either party; and

The court being otherwise fully advised and informed;

IT IS HEREBY ORDERED that settlement agreement entered between the parties and fully executed on March 6, 2021 is a fair and reasonable resolution of the parties' dispute, and that the matter is hereby dismissed.

Dated:  August 5, 2021                              s/Sean F. Cox
                                                    Sean F. Cox
                                                    U. S. District Judge

Approved as to form and content:

| GOLD STAR LAW, P.C. | HERTZ SCHRAM PC |
|---|---|
| By: /s/ *Caitlin E. Malhiot* | By: /s/ *Daniel W. Rucker* |
|    Caitlin E. Malhiot (P76606) |    Daniel W. Rucker (P67832) |
|    Maia Johnson Braun (P40533) | Attorney for Defendants |
| Attorneys for Plaintiffs | 1760 S. Telegraph Road, Suite 300 |
| 2701 Troy Center Dr., Ste. 400 | Bloomfield Hills, MI 48302-0183 |
| Troy, MI 48084 | (248) 335-5000 |
| (248) 275-5200 | *drucker@hertzschram.com* |
| *cmalhiot@goldstarlaw.com* | |
| *mjohnson@goldstarlaw.com* | |